UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIELO JEAN GIBSON, *et al.*,

                Plaintiffs,

– against –

SCE GROUP, INC., *et al.*,

                Defendants.

**ORDER**

15 Civ. 8168 (ER)

Ramos, D.J.:

    The parties are hereby ORDERED to file a joint status report by October 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   September 1, 2020
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.