**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CIELO JEAN GIBSON, et al.,

                      Plaintiffs,

-against-

SCE GROUP, INC., d/b/a SIN CITY CABARET,
et al.,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

15 **CIVIL** 8168 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2022, Plaintiff has judgment against Defendants, jointly and severally, in the amount of $5,000.

**Dated:** New York, New York

       March 28, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                     **BY:**

                                                      **Deputy Clerk**